UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marcos L.,

    Petitioner,

v.

David Easterwood, et al.,

    Respondents.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING WRIT OF HABEAS CORPUS**
Civil File No. 26-676 (MJD/SGE)

Evan Brown, Gloria Leticia Contreras Edin, Contreras Edin Law, Counsel for Petitioner.

Trevor Brown, Assistant United States Attorney, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins dated February 3, 2026. Only the Respondents have filed an objection to the Report and Recommendation [Doc. 14]. Pursuant to statute, the Court conducted a de novo review upon the record. 28 U.S.C. §636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report

CASE 0:26-cv-00676-MJD-SGE   Doc. 15   Filed 02/08/26   Page 2 of 3

and Recommendation of Magistrate Judge Shannon G. Elkins February 3, 2026.

Accordingly, based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elkins dated February 3, 2026 **[Doc. 12].**

2. The Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED** as follows:

    a. Petitioner shall be immediately released from detention into Minnesota;

    b. Respondents are ordered to return Petitioner's work permit, driver's license, and any other seized documents, property, or effects seized during his arrest; and

    c. Respondents are required to confirm Petitioner's release from custody within forty-eight (48) hours from the date of this Order.

3. Petitioner's Emergency Motion for Temporary Restraining Order **[Doc. 5]** is **DENIED** as moot.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

3

Dated: February 8, 2026      s/Michael J. Davis
            Michael J. Davis
            United States District Court