# UNITED STATES DISTRICT COURT

## District of Minnesota

Marcos Lopez Garcia,

Petitioner(s),

v.

David Easterwood, Kristi Noem, Todd Lyons, Pam Bondi,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-676 MJD/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elkins dated February 3, 2026 **[Doc. 12].**

2. The Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED** as follows:

a. Petitioner shall be immediately released from detention into Minnesota;

b. Respondents are ordered to return Petitioner's work permit, driver's license, and any other seized documents, property, or effects seized during his arrest; and

c. Respondents are required to confirm Petitioner's release from custody within forty-eight (48) hours from the date of this Order.

3. Petitioner's Emergency Motion for Temporary Restraining Order **[Doc. 5]** is **DENIED** as moot.

Date: 2/9/2026

KATE M. FOGARTY, CLERK