UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marcos L.,

    Petitioner,

v.

David Easterwood, et al.,

    Defendants.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-676 (MJD/SGE)

Evan Brown, Gloria Leticia Contreras Edin, Contreras Edin Law, Counsel for Petitioner.

Trevor Brown, Assistant United States Attorney, Counsel for Respondents.

On February 8, 2026, the Court granted Petitioner Marco L.'s Petition for Writ of Habeas Corpus. **[Doc. 15.]** As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized during his arrest and notify the Court within 48 hours to confirm that the release occurred.

On February 10, 2026, the Respondents provided a status update informing the Court that Petitioner Marcos L. was released. **[Doc. 17.]** That same day, Petitioner filed a Motion to Enforce Judgment, notifying the Court that Petitioner was released without his driver's license and work permit and seeking

1

enforcement of this Court's Order. [**Doc. 18**.] The Court subsequently scheduled a Show Cause Hearing for February 24, 2026 to discuss the missing documents.

On February 19, 2026, the Petitioner notified the Court that Petitioner's counsel had received Petitioner's work permit and driver's license and confirming that Petitioner's counsel will ensure the safe return of the documents to Petitioner. [**Doc. 21.**]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. Petitioner Marcos L.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**;

2. Petitioner Marcos L.'s Motion to Enforce Judgment [**Doc. 18**] is **DENIED as moot**; and

3. The Court's Show Cause Hearing scheduled for February 24, 2026 is **CANCELED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 20, 2026            s/Michael J. Davis
                                     Michael J. Davis
                                     United States District Court