# UNITED STATES DISTRICT COURT
## District of Minnesota

Marcos Lopez Garcia,

Petitioner(s),

v.

David Easterwood, Kristi Noem, Todd Lyons, Pam Bondi,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-676 MJD/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Marcos L.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**;
2. Petitioner Marcos L.'s Motion to Enforce Judgment [**Doc. 18**] is **DENIED as moot**; and
3. The Court's Show Cause Hearing scheduled for February 24, 2026 is **CANCELED**.

Date: 2/21/2026

KATE M. FOGARTY, CLERK